456 A.2d 1086

Commonwealth v. Robinson, Jr., Appellant.

Submitted March 17, 1982.
Thomas P. Ruane, for appellant; Gerald R. Solomon, Dis-
trict Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The judgment of sentence is affirmed.

456 A.2d 1086

Commonwealth v. Walls, Appellant.

Submitted June 15, 1982. George W. Bills, Jr., for appel-
lant; Robert L. Eberhardt, Deputy District Attorney, for
Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.